■ In the Matter of TROY A.R.W., an Infant. NEW ALTERNATIVES FOR CHILDREN, INC., Respondent; ROBERT T.W., Appellant, et al., Respondent. (Proceeding No. 1.) In the Matter of SAPPHIRE E.W., an Infant. NEW ALTERNATIVES FOR CHILDREN, INC., Respondent; ROBERT T.W., Appellant, et al., Respondent. (Proceeding No. 2.) [978 NYS2d 897]—

We are satisfied with the sufficiency of the brief filed by the father's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Balkin, J.P., Leventhal, Austin and Roman, JJ., concur.